

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA P., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.  07-5395 |
| | : | |
| HAVERFORD SCHOOL DISTRICT | : | |

**ORDER**

FILED
JUN 1 2 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

AND NOW, this 12th day of June, Plaintiffs' Petition for Attorney's Fees (Document 88) is GRANTED in the amount of $94,777.12 in attorneys' fees and $473.32 in costs for a total of $95,250.44.

BY THE COURT:

Juan R. Sánchez, J.